UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DEBORAH HAND,

       Plaintiff,

    - against -

NEW YORK CITY DEPARTMENT OF
HOUSING PRESERVATION AND
DEVELOPMENT,

       Defendant.
-----------------------------------------------------------X

JUDGMENT
11-CV-01076 (RRM)(JO)

    A Memorandum and Order of the undersigned having been issued this day granting defendant's motion for summary judgment on all claims, denying plaintiff's request for relief from pre-termination decisions, and directing the Clerk of the Court to dismiss this action; it is hereby

    ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendant; the action is dismissed; and this case is hereby closed.


Dated: Brooklyn, New York
      March 17, 2014

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge

1